August 31, 2007

Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

Mr. Mark A. Stinnett
Stinnett Thiebaud & Remington L.L.P.
1445 Ross Avenue, Ste. 2500
Dallas, TX 75202
Mr. David G. Cabrales
Locke Liddell & Sapp LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776

RE: Case Number: 05-0823
 Court of Appeals Number: 12-04-00259-CV
 Trial Court Number: 2003-42-CCL2

Style: PHC-MINDEN, L.P. D/B/A MINDEN MEDICAL CENTER
 v.
 KIMBERLY-CLARK CORPORATION

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. James K. Horstman |
| |Ms. Susan Cassidy Cooley |
| |Mr. Stephen A. Madsen |
| |Mr. Kenneth Charles |
| |Cunningham |
| |Ms. Cathy S. Lusk |
| |Ms. Barbara Duncan |
| |Mr. Roger Townsend |
| |Mr. C. W. "Rocky" Rhodes |